NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
KELLER/ANDERLE LLP
Jennifer L. Keller (SBN 84412)
jkeller@kelleranderle.com
18300 Von Karman Avenue, Suite 930
Irvine, California 92612
Tel.: (949) 476-8700
Fax: (949) 476-0900

ATTORNEY(S) FOR: Defendant Kevin Spacey Fowler

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Plaintiff(s),<br>v.<br>KEVIN SPACEY FOWLER, an individual,<br><br>Defendant(s) | CASE NUMBER:<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    KEVIN SPACEY FOWLER
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JOHN DOE | Plaintiff |
| KEVIN SPACEY FOWLER | Defendant |

January 31, 2019
Date

Signature: [signed] Jennifer Keller

Attorney of record for (or name of party appearing in pro per):

KEVIN SPACEY FOWLER

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Irvine, California 92612-1057. On January 31, 2019, I served the foregoing document described as

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on the following-listed attorneys by the following means of service:

<u>BY CM/ECF:</u>  I hereby certify that, on January 31, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The filing of the document will send electronic copies to the individuals on at the e-mail addresses listed below:

Genie Harrison, genie@genieharrisonlaw.com
Amber Phillips, amber@genieharrisonlaw.com
Mary Olszewska, mary@genieharrisonlaw.com

<u>BY OVERNIGHT NEXT DAY DELIVERY</u>:  I hereby certify that, on January 31, 2019, I placed a true copy of the foregoing document in a sealed envelope or package designated by the overnight delivery provider with delivery fees paid or provided for, at the address indicated below and deposited same in a box or other facility regularly maintained by the overnight delivery provider or delivered same to an authorized courier or driver authorized by the overnight delivery provider to receive documents.

Genie Harrison
Amber Phillips
Mary Olszewska
GENIE HARRISON LAW FIRM, APC
523 W. 6th Street, Suite 707
Los Angeles, CA 90014
Tel.:  (213) 805-530
Fax:  (213) 805-5306

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 31, 2019 at Irvine, California.

*/s/ Courtney L. McKinney*
Courtney L. McKinney

PLAINTIFF JOHN LEROY HOWARD, M.D.'S EX PARTE APPLICATION FOR ORDERS