KELLER/ANDERLE LLP
Jennifer L. Keller (SBN 84412)
jkeller@kelleranderle.com
Chase Scolnick (SBN 227631)
cscolnick@kelleranderle.com
Jay P. Barron (SBN 245654)
jbarron@kelleranderle.com
18300 Von Karman Avenue, Suite 930
Irvine, California 92612
Tel.: (949) 476-8700
Fax: (949) 476-0900

*Attorneys for Defendant*
KEVIN SPACEY FOWLER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual | Case No.: |
| Plaintiff, | **DECLARATION OF KEVIN SPACEY FOWLER IN SUPPORT OF NOTICE OF REMOVAL** |
| vs. | |
| KEVIN SPACEY FOWLER, an individual | [*Notice of Removal Filed Concurrently*] |
| Defendant. | |

DECLARATION OF KEVIN SPACEY FOWLER IN SUPPORT OF NOTICE OF REMOVAL

I, Kevin Spacey Fowler, declare:

1. I am the defendant in this action. I have personal knowledge of the information stated below and, if sworn, I could and would competently testify to it under oath.

2. I am a citizen of the United States and have been since birth. Since at least 2014, I have been domiciled in, and a citizen of, the State of Maryland. During the entirety of that time and through today, I have resided in Baltimore, Maryland with the intention to remain in Maryland indefinitely and to return to it whenever I leave it on a temporary basis. I consider Maryland my home and permanent residence. Since at least 2015, I have filed tax returns and paid state income taxes as a Maryland citizen.

3. I have not been domiciled in or a citizen of California at any time since at least 2014. Nor have I resided in California during that time. I do not own any home or residence in California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 30, 2019 at Delray Beach, FL.

_____
KEVIN SPACEY FOWLER

1
DECLARATION OF KEVIN SPACEY FOWLER IN SUPPORT OF NOTICE OF REMOVAL

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Irvine, California 92612-1057. On January 31, 2019, I served the foregoing document described as

**DECLARATION OF KEVIN SPACEY FOWLER IN SUPPORT OF NOTICE OF REMOVAL**

on the following-listed attorneys by the following means of service:

BY CM/ECF: I hereby certify that, on January 31, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The filing of the document will send electronic copies to the individuals at the e-mail addresses listed below:

Genie Harrison, genie@genieharrisonlaw.com
Amber Phillips, amber@genieharrisonlaw.com
Mary Olszewska, mary@genieharrisonlaw.com

BY OVERNIGHT NEXT DAY DELIVERY: I hereby certify that, on January 31, 2019, I placed a true copy of the foregoing document in a sealed envelope or package designated by the overnight delivery provider with delivery fees paid or provided for, at the address indicated below and deposited same in a box or other facility regularly maintained by the overnight delivery provider or delivered same to an authorized courier or driver authorized by the overnight delivery provider to receive documents.

Genie Harrison
Amber Phillips
Mary Olszewska
GENIE HARRISON LAW FIRM, APC
523 W. 6th Street, Suite 707
Los Angeles, CA 90014
Tel.: (213) 805-530
Fax: (213) 805-5306

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 31, 2019 at Irvine, California.

*/s/ Courtney L. McKinney*
Courtney L. McKinney