KELLER/ANDERLE LLP
Jennifer L. Keller (SBN 84412)
jkeller@kelleranderle.com
Chase A. Scolnick (SBN 227631)
cscolnick@kelleranderle.com
Jay P. Barron (SBN 245654)
jbarron@kelleranderle.com
18300 Von Karman Avenue, Suite 930
Irvine, California 92612
Tel.:  (949) 476-8700
Fax:  (949) 476-0900

*Attorneys for Defendant*
KEVIN SPACEY FOWLER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual | Case No.: 2:19-cv-00750-SK |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF JOHN DOE'S CLAIMS OR, ALTERNATIVELY, TO REQUIRE PLAINTIFF TO PROVIDE A MORE DEFINITE STATEMENT** |
| vs. | |
| KEVIN SPACEY FOWLER, an individual | |
| Defendant. | |
| | **[Fed. R. Civ. P. 12(b)(6), (e)]** |
| | Date:  March 13, 2019
Time: 10:00 a.m.
Dept.: Courtroom 540 |
| | Complaint Filed: September 27, 2018 |

REQUEST FOR JUDICIAL NOTICE RE DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S CLAIMS OR, ALTERNATIVELY, PROVIDE MORE DEFINITE STATEMENT

Under Federal Rule of Evidence 201, defendant Kevin Spacey Fowler ("Mr. Fowler") respectfully requests that the Court take judicial notice of certain materials submitted in support of Mr. Fowler's Motion to Dismiss Plaintiff John Doe's Claim Or, Alternatively, Require Plaintiff To Provide A More Definite Statement.  Mr. Fowler requests the Court take judicial notice of the following materials:

1. The printouts of screenshots from the website of the Genie Harrison Law Firm, APC with the URL https://genieharrisonlaw.com/, which are attached as Exhibit A to the Declaration of Jay P. Barron filed concurrently.  The Court may take judicial notice of a website maintained publicly on the World Wide Web, the contents of which are readily ascertainable and widely disseminated. *See*, *e.g.*, *Caldwell v. Caldwell*, 420 F.Supp.2d 1102, 1105 n.3 (N.D. Cal. 2006).

Dated: February 7, 2019

Respectfully submitted,

KELLER/ANDERLE LLP

By:  */s/ Jennifer L. Keller*

Jennifer L. Keller
Chase A. Scolnick
Jay P. Barron

*Attorneys for Defendant
Kevin Spacey Fowler*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Irvine, California 92612-1057. On **February 7, 2019**, I served the foregoing document described as

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF JOHN DOE'S CLAIMS OR, ALTERNATIVELY, TO REQUIRE PLAINTIFF TO PROVIDE A MORE DEFINITE STATEMENT**

on the following-listed attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual notice) by the following means of service:

SERVED BY U.S. MAIL:  There are currently no individuals on the list to receive mail notices for this case.

SERVED BY CM/ECF.  I hereby certify that, on **February 7, 2019**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The filing of the foregoing document will send copies to the following CM/ECF participants:

The following are those who are currently on the list to receive e-mail notices for this case.

Genie Harrison, genie@genieharrisonlaw.com
Amber Phillips, amber@genieharrisonlaw.com
Mary Olszewska, mary@genieharrisonlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on **February 7, 2019** at Irvine, California.

   */s/ Courtney L. McKinney*
   Courtney L. McKinney