Genie Harrison, SBN 163641
Amber Phillips, SBN 280107
Mary Olszewska, SBN 268710
**GENIE HARRISON LAW FIRM, APC**
523 W. 6th Street, Suite 707
Los Angeles, CA 90014
T: (213) 805-5301 F: (213) 805-5306
genie@genieharrisonlaw.com
amber@genieharrisonlaw.com
mary@genieharrisonlaw.com

Attorneys for PLAINTIFF

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>vs.<br><br>KEVIN SPACEY FOWLER, an individual<br>Defendant. | Case No.: 2:19-CV-00750-RSWL (SSx)<br><br>**PLAINTIFF'S NOTICE OF ERRATA RE PLAINTIFF'S AMENDED\*** <br>**NOTICE OF HEARING RE MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**<br><br>\*Rescheduled per agreement between the parties<br><br>[Fed. R. Civ. Pro. 10(a) and other applicable law]<br><br>**Date: April 16, 2019**<br>**Time: 10:00 A.M.**<br>**Suite: TBD** |

///

///

///

---

**PLAINTIFF'S NOTICE OF ERRATA RE PLAINTIFF'S AMENDED NOTICE OF HEARING RE MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**
1 of 2

**TO THE COURT, ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 1, 2019, Plaintiff John Doe ("Plaintiff") filed his Notice of Motion and Motion for Leave to Proceed Anonymously [D.E. 19]. Plaintiff unintentionally, erroneously filed an amended notice of motion – noticing the hearing for April 16, 2019 -- instead of filing a stipulation and order to continue the motion to April 16, 2019 as required by the Court. Plaintiff hereby submits a Notice of Errata Re Plaintiff's Amended Notice of Hearing of Motion and Motion for leave to proceed anonymously ("Errata Notice"), a stipulation to continue the hearing on Plaintiff's Motion for Leave to Proceed Anonymously to April 16, 2019, and a proposed order. The parties agreed to have the subject motion heard on April 16, 2019 and the corresponding opposition and reply due based upon the April 16, 2019 hearing date.

**DATED:  March 8, 2019**  **Genie Harrison Law Firm, APC**

By: *Mary Olszewska*
 **Genie Harrison, Esq.**
 **Mary Olszewska, Esq.**
 **Amber Phillips, Esq.**
 **Attorneys for PLAINTIFF JOHN DOE**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 523 West 6th Street, Suite 707, Los Angeles, California 90014.

On **March 8, 2019,** I caused the service of the following document described as:

**PLAINTIFF'S NOTICE OF ERRATA RE PLAINTIFF'S AMENDED\* NOTICE OF HEARING RE MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**

on all interested parties in this action through service by SERVED BY CM/ECF.

I hereby certify that, on March 7, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

The filing of the foregoing document will send copies to the following CM/ECF participants who are currently on the list to receive e-mail notices for this case:

Genie@genieharrisonlaw.com
Mary@genieharrisonlaw.com
jkeller@kelleranderle.com
cscolnick@kelleranderle.com
jbarron@kelleranderle.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Michelle Patino-Patroni