Genie Harrison, SBN 163641
Amber Phillips, SBN 280107
Mary Olszewska, SBN 268710
**GENIE HARRISON LAW FIRM, APC**
523 W. 6th Street, Suite 707
Los Angeles, CA 90014
T: (213) 805-5301  F: (213) 805-5306
genie@genieharrisonlaw.com
amber@genieharrisonlaw.com
mary@genieharrisonlaw.com

Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual, <br><br> vs. <br><br> KEVIN SPACEY FOWLER, an individual <br> Defendant. | Case No.: 2:19-CV-00750-RSWL (SSx) <br><br> **ORDER GRANTING STIPULATION RE: CONTINUED HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY** <br><br> **Date: April 16, 2019** <br> **Time: 10:00 A.M.** <br> **Suite: TBD** |

///

///

///

**TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:**

**YOU ARE HEREBY NOTIFIED THAT** Pursuant to the Stipulation Re: Continued Hearing on Plaintiff's Motion for Leave to Proceed Anonymously of the moving parties, the hearing originally noticed to be heard on April 2, 2019 at 10:00 a.m. in the courtroom of the Honorable Ronald S. W. Lew, United States Courthouse, 350 W. 1st Street, Suite 4311, Los Angeles, CA 90012. is hereby continued to April 16, 2019 at 10:00 a.m.  Briefing to reset according to the Local Rules of Court.

SO ORDERED.

Dated: 3/11/2019                    By: s/ RONALD S.W. LEW
                                          Honorable Ronald S. W. Lew
                                          United States District Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 523 West 6th Street, Suite 707, Los Angeles, California 90014.

On **March 11, 2019,** I caused the service of the following document described as:

**[PROPOSED] ORDER GRANTING STIPULATION RE: CONTINUED HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**

on all interested parties in this action through service by SERVED BY CM/ECF.

I hereby certify that, on March 8, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

The filing of the foregoing document will send copies to the following CM/ECF participants who are currently on the list to receive e-mail notices for this case:

Genie@genieharrisonlaw.com
Mary@genieharrisonlaw.com
jkeller@kelleranderle.com
cscolnick@kelleranderle.com
jbarron@kelleranderle.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Michelle Patino-Patroni