# Exhibit A

# Jay P. Barron

**From:** Jay P. Barron
**Sent:** Thursday, March 07, 2019 1:11 PM
**To:** 'Mary Olszewska'
**Cc:** Jennifer L. Keller; Courtney L. McKinney
**Subject:** Doe v. Fowler - Rule 26(f) conference

Mary,

Please let us know if you or Genie are available on Monday at 10 a.m. for the Rule 26(f) conference.  Thanks.

Jay