# Exhibit B

# Jay P. Barron

| | |
|---|---|
| **From:** | Genie Harrison <genie@genieharrisonlaw.com> |
| **Sent:** | Sunday, March 10, 2019 1:13 PM |
| **To:** | Jay P. Barron |
| **Cc:** | Mary Olszewska; Carla Medina; Jennifer L. Keller; Chase A. Scolnick; Genie Harrison |
| **Subject:** | Re: Doe v. Spacey: Stip and Errata Re: ReNotice of Hearing |

Jay,

Please do not presume to project your inferences onto my communications.

Not only is your characterization of my conduct false (i.e., that I agreed to the propriety of a Rule 26 conference by inference), it is *contrary* to what I have *explicitly stated* in email.

I have specifically informed defendants that plaintiff will not participate in a Rule 26 conference at this time (1) before any scheduling conference was set by the Court, (2) when plaintiff is challenging the jurisdiction of this Court, (3) based your reading of Rules 16 & 26 with which I disagree.

Genie Harrison, Esq.

Genie Harrison Law Firm, APC

p: 213.805.5301
f: 213.805.5306
a: 523 West 6th Street, Suite 707, Los Angeles, CA 90014
w: www.genieharrisonlaw.com
e: genie@genieharrisonlaw.com

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

**From:** "Jay P. Barron" <JBarron@kelleranderle.com>
**Date:** Saturday, March 9, 2019 at 1:52 PM
**To:** Genie Harrison <genie@genieharrisonlaw.com>
**Cc:** Mary Olszewska <mary@genieharrisonlaw.com>, Carla Medina <carla@genieharrisonlaw.com>, "Jennifer L. Keller" <JKeller@kelleranderle.com>, "Chase A. Scolnick" <CScolnick@kelleranderle.com>
**Subject:** Re: Doe v. Spacey: Stip and Errata Re: ReNotice of Hearing

Genie,

The rules I cited in my e-mail from yesterday (i.e., FRCP 16(b)(2) & 26(f)(1)) require a Rule 26(f) conference even if the Court does not set a scheduling conference. I am unaware of any authority permitting a party to unilaterally delay or defer engaging in the Rule 26(f) conference, even where a motion to remand is pending. If you have such authority, please provide it. Otherwise, we intend to comply with the statutory requirements.

I also am confused by your new position as your response yesterday implicitly acknowledged the need for the Rule 26(f) conference in proposing it occur on Tuesday or Wednesday next week. For reasons previously explained, we think that

Monday is the deadline under the statutes cited above but now you seek to unilaterally delay the Rule 26(f) conference for over a month.

Please reconsider. And if Monday at 10 a.m. is not a good time, please let us know if there is a different time on Monday that works.

Best,

Jay

On Mar 9, 2019, at 12:14 PM, Genie Harrison <genie@genieharrisonlaw.com> wrote:

> Jay,
>
> We do not think the Rule 26 conference is appropriate at this time as we are challenging whether the case should be in CDCA court. In addition, the court has not set a scheduling conference.
>
> We intend to wait to have a Rule 26 conference until after the court's ruling on the various motions that have been filed and the setting of a subsequent scheduling conference, should that come to pass.
>
> We are, of course, happy to consider any contrary authority that you may have.
>
> Thank you.
>
> Genie Harrison, Esq.
> <image001.png>
> p: 213.805.5301
> f: 213.805.5306
> a: 523 West 6th Street, Suite 707, Los Angeles, CA 90014
> w: www.genieharrisonlaw.com  e: genie@genieharrisonlaw.com
>
> PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.
>
> ---
>
> **From:** "Jay P. Barron" <JBarron@kelleranderle.com>
> **Date:** Friday, March 8, 2019 at 6:40 PM
> **To:** Genie Harrison <genie@genieharrisonlaw.com>
> **Cc:** Mary Olszewska <mary@genieharrisonlaw.com>, Carla Medina <carla@genieharrisonlaw.com>, "Jennifer L. Keller" <JKeller@kelleranderle.com>
> **Subject:** RE: Doe v. Spacey: Stip and Errata Re: ReNotice of Hearing
>
> Hi Genie,

As previously mentioned, we calculate Monday as the deadline to hold the Rule 26(f) conference (under Rules 16(b)(2) & 26(f)(1)), which is why we have been trying to schedule it for then. Is there a different time on Monday that works?

Jay

---

**From:** Genie Harrison [mailto:genie@genieharrisonlaw.com]
**Sent:** Friday, March 08, 2019 6:33 PM
**To:** Jay P. Barron <JBarron@kelleranderle.com>
**Cc:** Mary Olszewska <mary@genieharrisonlaw.com>; Carla Medina <carla@genieharrisonlaw.com>; Jennifer L. Keller <JKeller@kelleranderle.com>; Genie Harrison <genie@genieharrisonlaw.com>
**Subject:** Re: Doe v. Spacey: Stip and Errata Re: ReNotice of Hearing

Hello Jay,

Monday does not work. What availability do you have Tuesday and Wednesday?

Genie Harrison, Esq.


Genie Harrison Law Firm, APC
p: 213.805.5301
f: 213.805.5306
a: 523 West 6th Street, Suite 707, Los Angeles, CA 90014
w: www.genieharrisonlaw.com
e: genie@genieharrisonlaw.com

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

On Mar 8, 2019, at 6:17 PM, Jay P. Barron <JBarron@kelleranderle.com> wrote:

> Hi Mary,
>
> In addition to my follow-up e-mail this morning, I left you a message around 12:30 p.m. earlier today. Can you please let us know if Monday at 10 a.m. works for our Rule 26(f) conference? Assuming it does, we will plan to call you then.
>
> Thanks.
>
> Jay
>
> ---
>
> **From:** Jay P. Barron
> **Sent:** Friday, March 08, 2019 9:37 AM
> **To:** Mary Olszewska <mary@genieharrisonlaw.com>
> **Cc:** Genie Harrison <genie@genieharrisonlaw.com>; Carla Medina <carla@genieharrisonlaw.com>; Jennifer L. Keller <JKeller@kelleranderle.com>
> **Subject:** RE: Doe v. Spacey: Stip and Errata Re: ReNotice of Hearing

Mary,

Attached is the signed stipulation. I will leave it to you to file it.

Also, please let me know if you are available on Monday at 10 a.m. for the Rule 26(f) conference.

Thanks.

Jay

**From:** Mary Olszewska [mailto:mary@genieharrisonlaw.com]
**Sent:** Thursday, March 07, 2019 6:57 PM
**To:** Jay P. Barron <JBarron@kelleranderle.com>
**Cc:** Genie Harrison <genie@genieharrisonlaw.com>; Carla Medina <carla@genieharrisonlaw.com>; Jennifer L. Keller <JKeller@kelleranderle.com>
**Subject:** RE: Doe v. Spacey: Stip and Errata Re: ReNotice of Hearing

Jay, I added the requested language and hope this works. Also, thanks for the heads up on the order. Please execute at your earliest convenience. Thank you. - Mary

**From:** Jay P. Barron <JBarron@kelleranderle.com>
**Sent:** Thursday, March 7, 2019 4:56 PM
**To:** Mary Olszewska <mary@genieharrisonlaw.com>
**Cc:** Genie Harrison <genie@genieharrisonlaw.com>; Carla Medina <carla@genieharrisonlaw.com>; Jennifer L. Keller <JKeller@kelleranderle.com>
**Subject:** RE: Doe v. Spacey: Stip and Errata Re: ReNotice of Hearing

Mary,

We are agreeable to entering into the stipulation to effectuate our previous agreement as to the new hearing date. I have only one suggested change to the language of the draft stipulation. Can you please add a provision re-confirming our agreement that the opposition and reply deadlines under L.R. 7-9 and 7-10 will be based on the new April 16, 2019 hearing date?

Also, under L.R. 7-1 and L.R. 52-4.1, the proposed order cannot be included in the same pleading with the stipulation but instead must be set forth in a separate document.

Thanks.

Jay

**From:** Mary Olszewska [mailto:mary@genieharrisonlaw.com]
**Sent:** Thursday, March 07, 2019 4:37 PM
**To:** Jay P. Barron <JBarron@kelleranderle.com>
**Cc:** Genie Harrison <genie@genieharrisonlaw.com>; Carla Medina <carla@genieharrisonlaw.com>
**Subject:** Doe v. Spacey: Stip and Errata Re: ReNotice of Hearing

Hi Jay. We were advised by Judge Lew's chambers that we can't just renotice the hearing. A stipulation between the parties and an order is required.  We have drafted the attached as instructed by the Court. If we would like to move the hearing to 4/16, please execute the attached. If you would like to make changes, let me know and we will send a word version for redlining.

## Mary Olszewska

<image001.png>

*Attorney*
p:  213.805.5301
f:  213.805.5306
a:  523 West 6th Street, Ste. 707, Los Angeles, CA 90014
w:  www.genieharrisonlaw.com   e: mary@genieharrisonlaw.com