**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, an individual, | Case No.: 2:19-cv-00750-RSWL (SSx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT FOWLER'S *EX PARTE* APPLICATION FOR AN ORDER TO SET DEADLINES UNDER RULE 26 DUE TO PLAINTIFF'S WILLFUL REFUSAL TO TIMELY ENGAGE IN THE REQUIRED RULE 26(f) CONFERENCE** |
| vs. | |
| KEVIN SPACEY FOWLER, an individual, M. PROFITT PRODUCTIONS, INC., a California Corporation, and DOES 1-9, inclusive. | |
| Defendant. | |
| | Complaint Filed: September 27, 2018 |

The Court has considered the documents in support of, and in opposition to Defendant Fowler's *Ex Parte* Application For An Order To Set Deadlines Under Rule 26 Due To Plaintiff's Willful Refusal To Timely Engage In The Required Rule 26(f) Conference (the "Application"). For good cause shown, the Court **GRANTS** the Application and orders as follows:

1. A scheduling conference is set for April 16, 2019, at 10:00 a.m., in the courtroom of the Honorable Ronald S.W. Lew, United States Courthouse, 350 W. 1st Street, Suite 4311, Los Angeles, CA 90012. The Court anticipates issuing a scheduling order under Federal Rule of Civil Procedure 16(b) at or promptly after that scheduling conference.

2. The parties are directed to engage in the conference required under Federal Rule of Civil Procedure 26(f) and C.D. Cal. Local Rule 26-1 by no later than March 26, 2019, which is 21 days before the April 16, 2019 Scheduling Conference.

3. The Rule 26(f) conference is to be overseen by the assigned Magistrate Judge, the Honorable Suzanne H. Segal. The parties are to contact the chambers of Judge Segal, to schedule the Rule 26(f) conference with Judge Segal's oversight.

4. The parties are to file a report under Federal Rule of Civil Procedure 26(f)(2) and C.D. Cal. Local Rule 26-1, and to provide their initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(A), by no later than fourteen (14) days after the parties' Rule 26(f) conference.

5. Plaintiff must disclose his true identity to Defendants and their counsel within three (3) days of this order.

6. Plaintiff and his counsel are ordered to pay $2,600 to Mr. Fowler as a monetary sanction.

/ / /

/ / /

/ / /

1

[PROPOSED] ORDER GRANTING DEFENDANT FOWLER'S *EX PARTE* APPLICATION FOR ORDER RE PLAINTIFF'S REFUSAL TO TIMELY ENGAGE IN RULE 26(f) CONF.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Ronald S.W. Lew
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | <u>PROOF OF SERVICE</u> |
| 2 | STATE OF CALIFORNIA, COUNTY OF ORANGE |
| 3 | |
| 4 | I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Irvine, California 92612-1057. On **March 14, 2019**, I served the foregoing document described as |

**[PROPOSED] ORDER GRANTING DEFENDANT FOWLER'S EX PARTE APPLICATION FOR AN ORDER TO SET DEADLINES UNDER RULE 26 DUE TO PLAINTIFF'S WILLFUL REFUSAL TO TIMELY ENGAGE IN THE REQUIRED RULE 26(f) CONFERENCE**

on the following-listed attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual notice) by the following means of service:

SERVED BY U.S. MAIL: There are currently no individuals on the list to receive mail notices for this case.

SERVED BY CM/ECF. I hereby certify that, on **March 14, 2019**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The filing of the foregoing document will send copies to the following CM/ECF participants:

The following are those who are currently on the list to receive e-mail notices for this case.

Genie Harrison, genie@genieharrisonlaw.com
Amber Phillips, amber@genieharrisonlaw.com
Mary Olszewska, mary@genieharrisonlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on **March14, 2019** at Irvine, California.

                                                */s/ Courtney L. McKinney*
                                                   Courtney L. McKinney