Genie Harrison, SBN 163641
Amber Phillips, SBN 280107
Mary Olszewska, SBN 268710
**GENIE HARRISON LAW FIRM, APC**
523 W. 6th Street, Suite 707
Los Angeles, CA 90014
T: (213) 805-5301 F: (213) 805-5306
genie@genieharrisonlaw.com
amber@genieharrisonlaw.com
mary@genieharrisonlaw.com

Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>vs.<br><br>KEVIN SPACEY FOWLER, an individual, M. PROFITT PRODUCTIONS, INC., a California Corporation, and DOES 1-9, inclusive.<br><br>Defendant. | Case No.: 2:19-CV-00750-RSWL(SSx)<br><br>**DECLARATION OF MARY OLSZEWSKA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT FOWLER'S MOTION FOR MISJOINDER RE NEWLY-NAMED DEFENDANT M. PROFITT PRODUCTIONS, INC.**<br><br>**Filed concurrently with Plaintiff's Opposition to Defendant Fowler's Motion For Misjoinder Re Newly-Named Defendant M. Profitt Productions, Inc.**<br><br>[Fed. R. Civ. Pro. 10(a) & 28 U.S.C. §1746]<br><br>**Date: April 16, 2019**<br>**Time: 10:00 A.M.**<br>**Dept.: TBD** |

I, Mary Olszewska, declare as follows:

**1.** I am an attorney admitted to practice before the courts of this State and am an attorney of record for Plaintiff in the case *John Doe v. Kevin Spacey Fowler,* Case No. 2:19-CV-00750-sk. Except as expressly set forth, I have personal knowledge of the facts stated in this declaration, and, if called to do so, I could and would competently testify thereto.

**2.** Since filing of Plaintiff's complaint on September 27, 2018, I made substantial efforts to locate and serve Spacey. Shortly after a process server attempted service of the complaint at a residence in Baltimore, Maryland -- where media had recently spotted Spacey[1] -- and after our firm engaged a former Chief-Civil Deputy Sheriff and Appointed Constable to serve Defendant Spacey outside of the Nantucket District Court where he was ordered to appear on January 7, 2019, counsel for Defendant Spacey surfaced and agreed to accept service of Plaintiff's complaint on Spacey's behalf on January 2, 2019.

**3.** Upon discovering the existence of the loan out company, coupled with the facts that Defendant Spacey's assistant set up massage and that film production trucks were parked at and around the Malibu residence where the attacked occurred, I added M. Profitt and DOES 1-9 as defendants in the gender violence claim.

**4.** Based upon my search for and review of M. Profitt Productions' filings with the State of California, Secretary of State, Spacey is M. Profitt's Chief Executive Officer, Secretary, Chief Financial Officer, only Officer and Director, and primary or only shareholder. Attached hereto as **Exhibit A** is a true and correct copy of the State of California's Statement of Information for M. Profitt Productions.

**5.** After discovering the existence of the loan out company, I promptly joined M. Profitt and would have named it in his initial complaint had I known about its

---

[1] Hallie Miller, Why is Kevin Spacey in Baltimore while awaiting court appearance on assault charges?, The Baltimore Sun, Jan. 3, 3019, at https://www.baltimoresun.com/features/baltimore-insider-blog/bs-fe-kevin-spaceys-baltimore-roots-explained-20190102-story.html (last visited Mar. 3, 2019).

**DECLARATION OF MARY OLSZEWSKA IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS PLAINTIFF JOHN DOE'S CLAIMS OR, ALTERNATIVELY, TO REQUIRE PLAINTIFF TO PROVIDE A MORE DEFINITE STATEMENT**

existence prior to filing the initial complaint.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing facts are true. Executed on March 26, 2019, in Los Angeles, California.

_____*Mary Olszewska*_____
Mary Olszewska

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 523 West 6th Street, Suite 707, Los Angeles, California 90014.

      On **March 26, 2019,** I caused the service of the following document described as:

**DECLARATION OF MARY OLSZEWSKA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT FOWLER'S MOTION FOR MISJOINDER RE NEWLY-NAMED DEFENDANT M. PROFITT PRODUCTIONS, INC.**

on all interested parties in this action through service by SERVED BY CM/ECF.

      I hereby certify that, on March 26, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

      The filing of the foregoing document will send copies to the following CM/ECF participants who are currently on the list to receive e-mail notices for this case:

    Genie@genieharrisonlaw.com
    Mary@genieharrisonlaw.com
    jkeller@kelleranderle.com
    cscolnick@kelleranderle.com
    jbarron@kelleranderle.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                          /s/ Carla Medina
                                           Carla Medina

PROOF OF SERVICE
4 of 4

# EXHIBIT A

# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

**FV11041**

**FILED**

In the office of the Secretary of State
of the State of California

**MAR-06 2018**

This Space for Filing Use Only

1. **CORPORATE NAME**
   M. PROFITT PRODUCTIONS

2. **CALIFORNIA CORPORATE NUMBER**   C1642724

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY — STATE — ZIP CODE
   10960 WILSHIRE BLVD., 5TH FLOOR, LOS ANGELES, CA 90024
5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE
   10960 WILSHIRE BLVD., 5TH FLOOR, LOS ANGELES, CA 90024
6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 — CITY — STATE — ZIP CODE
   10960 WILSHIRE BLVD., 5TH FLOOR, LOS ANGELES, CA 90024

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
   KEVIN SPACEY   10960 WILSHIRE BLVD., 5TH FLOOR, LOS ANGELES, CA 90024
8. SECRETARY — ADDRESS — CITY — STATE — ZIP CODE
   KEVIN SPACEY   10960 WILSHIRE BLVD., 5TH FLOOR, LOS ANGELES, CA 90024
9. CHIEF FINANCIAL OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
   KEVIN SPACEY   10960 WILSHIRE BLVD., 5TH FLOOR, LOS ANGELES, CA 90024

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

10. NAME — ADDRESS — CITY — STATE — ZIP CODE
    KEVIN SPACEY   10960 WILSHIRE BLVD., 5TH FLOOR, LOS ANGELES, CA 90024
11. NAME — ADDRESS — CITY — STATE — ZIP CODE
12. NAME — ADDRESS — CITY — STATE — ZIP CODE
13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS   (Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.)
    ERESIDENTAGENT, INC.
15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** — CITY — STATE — ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
    ENTERTAINMENT LOAN OUT CORP

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 03/06/2018 | ERIKA EASTER | AUTHORIZED PERSON | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)   Page 1 of 1   APPROVED BY SECRETARY OF STATE