# Exhibit A

Call **(213) 805-5301** for a FREE case review.    



ABOUT THE FIRM      PRACTICE AREAS      MOBILE APPS      BLOG / NEWS      REFERRALS

RESOURCES      VIDEOS      CONTACT



**Lawsuit Against Kevin Spacey**

# Kevin Spacey Hit With Sexual Battery Suit By Masseur over "Extreme" 2016 Incident

September 28, 2018 – by Dominic Patten / Deadline Hollywood

Little more than a month since Kevin Spacey saw claims of another sexual assault case handed over the Los Angeles County District Attorney, the former *House of Cards* actor

Search ...   

**Recent Posts**

> The new Omnibus Sexual Harassment Bill SB1300

> **Genie Harrison Law Firm Discusses #Me Too Evidence in The Advocate**

> **Genie Harrison Comments to Daily Journal on Senate Bill 1300**

> **Amber Rose Slutwalk in LA Weekly**

> Lawsuit Against Kevin Spacey

has been sued for sexually battery and false imprisonment.

"Spacey assaulted and battered plaintiff by forcing plaintiff to touch his scrotum, testicles, and penis, grabbing plaintiff's shoulders and pulling him in for an apparent attempted forced kiss, and grabbing plaintiff's genitalia," alleges a pretty graphic multi-claim complaint filed this week in LA Superior Court by a John Doe massage therapist over an October 2016 encounter (**read it here**).

**CLICK HERE** to read the entire story at Deadline.com

Share This Story, Choose Your Platform!



## Related Posts

  

### Recent Comments

### Archives

- December 2018
- October 2018
- September 2018
- August 2018
- July 2018
- June 2018
- May 2018
- April 2018

### Categories

- Amber Phillips
- Bloomberg
- CA Labor Code §§96(k) & 1101
- CAALA Events
- Daily Journal
- Damages Genie
- Employment Law
- Genie Harrison

- Genie Harrison Law Firm News
- Harvey Weinstein
- Insider
- Los Angeles Times
- News articles
- Sexual Abuse
- Sexual Assault
- Sexual harassment
- Silicon Valley
- Title IX
- Trump
- Uncategorized
- USA Today
- Washington Post
- Wrongful Termination

Meta

- Log in

> Entries RSS

> Comments RSS

> WordPress.org

GET SOCIAL WITH US!



GENIE HARRISON LAW FIRM

523 W. 6th Street, Suite 707, Los Angeles, CA 90014

Phone: (213) 805-5301

Fax: (213) 805-5306

Email: genie@genieharrisonlaw.com

Copyright 2019 Genie Harrison Law Firm | Privacy Policy



ABOUT THE FIRM    PRACTICE AREAS    MOBILE APPS    BLOG / NEWS    REFERRALS

RESOURCES    VIDEOS    CONTACT



Genie Harrison Files Lawsuit Against Kevin Spacey

# Kevin Spacey Sued by Anonymous Masseur for Sexual Battery

September 28, 2018 – by Margeaux Sippell / Variety

A lawsuit was filed against Kevin Spacey in Los Angeles Superior Court Thursday, detailing alleged sexual crimes the actor is accused of committing against an anonymous masseur in October, 2016.

The actor, who was dropped from Netflix's "House of Cards" in November 2017 following previous accusations of sexual harassment, now faces legal action concerning allegations of sexual battery, assault, gender violence,

**Search ...**

### Recent Posts

- The new Omnibus Sexual Harassment Bill SB1300
- Genie Harrison Law Firm Discusses #Me Too Evidence in The Advocate
- Genie Harrison Comments to Daily Journal on Senate Bill 1300
- Amber Rose Slutwalk in LA Weekly
- Lawsuit Against Kevin Spacey

### Recent Comments

### Archives



ABOUT THE FIRM    PRACTICE AREAS    MOBILE APPS    BLOG / NEWS
RESOURCES    VIDEOS    CONTACT

The accuser, who is represented by well-known sexual harassment attorney **Genie Harrison**, says he was hired as massage therapist by someone acting on Spacey's behalf. When the man arrived at the private Malibu residence where Spacey was staying, the suit says, he was led into the massage room, at which point Spacey allegedly locked the door behind them. The man says that Spacey complained of "having some pain or discomfort in his groin area," and that he was forced to touch Spacey's genitals at two points during the session.

After the first instance in which the man's hand was forced "onto Spacey's scrotum and testicles, which Plaintiff was forced by Spacey's action to touch," the Plaintiff recoiled but decided to continue with the session. Later, the suit says, "Spacey again grabbed Plaintiff's hand, but this time forced Plaintiff's hand to rub his penis, scrotum and testicles."

The suit alleges that when the man refused, Spacey attempted to kiss the masseur, at which point he was groped and offered oral sex by Spacey.

The suit seeks unspecified damages, and details that "as a direct and proximate result of Spacey's unlawful conduct as alleged hereinabove, Plaintiff suffered and continues to suffer economic harm, loss of earnings and other damages."

**CLICK HERE** to read the story at Variety.com

REFERRALS

> October 2018

> September 2018

> August 2018

> July 2018

> June 2018

> May 2018

> April 2018

Categories

> Amber Phillips

> Bloomberg

> CA Labor Code §§96(k) & 1101

> CAALA Events

> Daily Journal

> Damages Genie

> Employment Law

> Genie Harrison

> Genie Harrison Law Firm News



ABOUT THE FIRM    PRACTICE AREAS    MOBILE APPS    BLOG / NEWS

RESOURCES    VIDEOS    CONTACT

Related Posts

  

> Insider REFERRALS

> Los Angeles Times

> News articles

> Sexual Abuse

> Sexual Assault

> Sexual harassment

> Silicon Valley

> Title IX

> Trump

> Uncategorized

> USA Today

> Washington Post

> Wrongful Termination

Meta

> Log in

> Entries RSS

> Comments RSS



ABOUT THE FIRM  PRACTICE AREAS  MOBILE APPS  BLOG / NEWS  REFERRALS

RESOURCES  VIDEOS  CONTACT

GET SOCIAL WITH US!



GENIE HARRISON LAW FIRM

523 W. 6th Street, Suite 707, Los Angeles, CA 90014

Phone: (213) 805-5301

Fax: (213) 805-5306

Email: genie@genieharrisonlaw.com

Copyright 2019 Genie Harrison Law Firm | Privacy Policy