KELLER/ANDERLE LLP
Jennifer L. Keller (SBN 84412)
jkeller@kelleranderle.com
Chase A. Scolnick (SBN 227631)
cscolnick@kelleranderle.com
Jay P. Barron (SBN 245654)
jbarron@kelleranderle.com
18300 Von Karman Avenue, Suite 930
Irvine, California 92612
Tel.: (949) 476-8700
Fax: (949) 476-0900

*Attorneys for Defendant*
KEVIN SPACEY FOWLER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, an individual, | Case No.: 2:19-cv-00750-RSWL (SSx) |
| Plaintiff, | **NOTICE OF STATEMENT NOTING PLAINTIFF'S DEATH** |
| vs. | Complaint Filed: September 27, 2018 |
| KEVIN SPACEY FOWLER, an individual, and DOES 1-9, inclusive. | |
| Defendant. | |

**TO THE COURT, PLAINTIFF'S ATTORNEYS OF RECORD, AND ANY SUCCESSOR OR LEGAL REPRESENTATIVE OF PLAINTIFF:**

  **PLEASE TAKE NOTICE** that on September 11, 2019, counsel for plaintiff John Doe ("Plaintiff") informed counsel for defendant Kevin Spacey Fowler that Plaintiff had "recently passed." No further information or details have been given to Mr. Fowler's counsel, but Plaintiff's counsel stated they intend to notify the Court with additional information at an appropriate time in the future. This statement is given under Federal Rule of Civil Procedure 25.

Dated: September 17, 2019    KELLER/ANDERLE LLP

            By: */s/ Jennifer L. Keller*

              Jennifer L. Keller
              Chase A. Scolnick
              Jay P. Barron
              *Attorneys for Defendant*
              *Kevin Spacey Fowler*

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Irvine, California 92612-1057. On **September 17, 2019**, I served the foregoing document described as

**NOTICE OF STATEMENT NOTING PLAINTIFF'S DEATH**

on the following-listed attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual notice) by the following means of service:

SERVED BY U.S. MAIL: There are currently no individuals on the list to receive mail notices for this case.

SERVED BY CM/ECF. I hereby certify that, on **September 17, 2019**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The filing of the foregoing document will send copies to the following CM/ECF participants:

The following are those who are currently on the list to receive e-mail notices for this case.

Genie Harrison, genie@genieharrisonlaw.com
Amber Phillips, amber@genieharrisonlaw.com
Mary Olszewska, mary@genieharrisonlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on **September 17, 2019** at Irvine, California.

        */s/ Courtney L. McKinney*
        Courtney L. McKinney