KELLER/ANDERLE LLP
Jennifer L. Keller (SBN 84412)
jkeller@kelleranderle.com
Chase A. Scolnick (SBN 227631)
cscolnick@kelleranderle.com
Jay P. Barron (SBN 245654)
jbarron@kelleranderle.com
18300 Von Karman Avenue, Suite 930
Irvine, California 92612
Tel.: (949) 476-8700
Fax: (949) 476-0900

*Attorneys for Defendant*
KEVIN SPACEY FOWLER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual, | Case No.: 2:19-cv-00750-RSWL (SSx) |
| Plaintiff, | **NOTICE OF CHANGED CIRCUMSTANCES RE ORDER/REFERRAL TO ADR [ECF No. 52]** |
| vs. | |
| KEVIN SPACEY FOWLER, an individual, and DOES 1-9, inclusive. | Complaint Filed: September 27, 2018 |
| Defendant. | |

**TO THE COURT, PLAINTIFF'S ATTORNEYS OF RECORD, AND ANY SUCCESSOR OR LEGAL REPRESENTATIVE OF PLAINTIFF:**

**PLEASE TAKE NOTICE** that plaintiff John Doe's death renders it impossible and impracticable for the parties to select a Panel Mediator from the Court Mediation Panel at this time, as had been contemplated by the Order/Referral to ADR issued before being informed of Plaintiff's recent death. (*See* ECF Nos. 52, 54.) Counsel for defendant Kevin Spacey Fowler understands no legal representative for Plaintiff has been determined or appointed as of this time and that Plaintiff's existing counsel has not been retained by any such representative. As a result, Plaintiff's existing counsel is without authority to act as they have no client. Mr. Fowler's counsel has informed Plaintiff's counsel of record it would be inappropriate to enter into any agreement with counsel which does not represent any party. Mr. Fowler intends to and will confer with counsel for Plaintiff's legal representative if and when one seeks to substitute into the case.

Dated: October 1, 2019        KELLER/ANDERLE LLP

By:  */s/ Jennifer L. Keller*

Jennifer L. Keller
Chase A. Scolnick
Jay P. Barron
*Attorneys for Defendant
Kevin Spacey Fowler*

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Irvine, California 92612-1057. On **October 1, 2019**, I served the foregoing document described as

**NOTICE OF CHANGED CIRCUMSTANCES RE ORDER/REFERRAL TO ADR [ECF No. 52]**

on the following-listed attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual notice) by the following means of service:

SERVED BY U.S. MAIL: There are currently no individuals on the list to receive mail notices for this case.

SERVED BY CM/ECF. I hereby certify that, on **October 1, 2019**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The filing of the foregoing document will send copies to the following CM/ECF participants:

The following are those who are currently on the list to receive e-mail notices for this case.

Genie Harrison, genie@genieharrisonlaw.com
Amber Phillips, amber@genieharrisonlaw.com
Mary Olszewska, mary@genieharrisonlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on **October 1, 2019** at Irvine, California.

                                        */s/ Courtney L. McKinney*
                                          Courtney L. McKinney