1  GENIE HARRISON LAW FIRM, APC
   Genie Harrison (SBN 163641)
2  Amber Phillips (SBN 280107)
3  Mia Munro (SBN 281317)
   523 W. 6th Street, Suite 707
4  Los Angeles, CA 90014
5  Tel: (213) 805-5301; Fax: (213) 805-5306

6
   *Attorneys for Plaintiff John Doe*
7  *And Proposed Substituted Plaintiff*
   SKY ALVES
8

9  KELLER/ANDERLE LLP
   Jennifer L. Keller (SBN 84412)
10 Chase A. Scolnick (SBN 227631)
11 Jay P. Barron (SBN 245654)
   18300 Von Karman Avenue, Suite 930
12 Irvine, CA 92612
13 Tel.:  (949) 476-8700; Fax:  (949) 476-0900

14
   *Attorneys for Defendant*
15 KEVIN SPACEY FOWLER

16
                **UNITED STATES DISTRICT COURT**
17
              **CENTRAL DISTRICT OF CALIFORNIA**
18
   JOHN DOE, an individual,              )  Case No.: 2:19-cv-00750-RSWL (SSx)
19                                        )
             Plaintiff,                   )  **STIPULATION RE**
20                                        )  **SUBSTITUTION OF SKY ALVES**
21      vs.                               )  **AS PLAINTIFF AND DISMISSAL**
                                          )  **WITH PREJUDICE OF CASE IN**
22 KEVIN SPACEY FOWLER, an                )  **ITS ENTIRETY**
23 individual, and DOES 1-9, inclusive.   )
                                          )
24          Defendant.                    )
25 _____      )  Complaint Filed: September 27, 2018
26
27
28

   _____
        STIPULATION RE SUBSTITUTION OF SKY ALVES AS PLAINTIFF AND DISMISSAL WITH
                        PREJUDICE OF CASE IN ITS ENTIRETY

1   Plaintiff John Doe ("Doe") died on September 6, 2019.  Sky Alves ("Alves"),

2   the special administrator and legal representative of Doe's estate, and defendant Kevin

3   Spacey Fowler ("Fowler"), stipulate as follows:

4   WHEREAS, on or about November 18, 2019, Alves opened a probate action

5   concerning Doe's estate by filing a Petition for Letters of Special Administration with

6   the Los Angeles Superior Court, which was assigned case number 19STPB10876

7   ("Probate Case").

8   WHEREAS, on or about November 20, 2019, Alves was appointed as special

9   administrator for the estate of Doe in the Probate Case and given authority over the

10  estate's handling of this action, as reflected in the orders from the Probate Case

11  attached as Exhibit 1.

12  WHEREAS, all parties agree Alves may substitute into this case as plaintiff

13  under Federal Rule of Civil Procedure 25 and that this action shall be dismissed in its

14  entirety with prejudice immediately upon such substitution, with each party to bear his

15  own attorneys' fees and costs;

16  NOW THEREFORE, all Parties stipulate and agree as follows:

17  1.   Under Federal Rule of Civil Procedure 25(a), Alves shall be substituted

18  into this case as plaintiff in place of Doe, as Alves is the "proper party" to substitute

19  into this case.

20  2.   Alves and Fowler, acting through counsel and under Federal Rule of Civil

21  Procedure 41(a)(1)(A)(ii) stipulate and agree to the dismissal with prejudice of this

22  action, including all claims stated against all parties, with each party to bear his or its

23  own attorneys' fees and costs.  The dismissal with prejudice shall occur immediately

24  upon substitution of Alves as plaintiff.

25  //

26  //

27  //

28  //

1

STIPULATION RE SUBSTITUTION OF SKY ALVES AS PLAINTIFF AND DISMISSAL WITH
PREJUDICE OF CASE IN ITS ENTIRETY

1  **IT IS SO STIPULATED.**

2

3  Dated: December __27__, 2019               GENIE HARRISON LAW FIRM, APC

4                                             By: _____

5                                             Genie Harrison
                                              Amber Phillips
6                                             *Attorneys for Plaintiff John Doe and*
7                                             *Proposed Substituted Plaintiff Sky*
                                              *Alves*
8

9  Dated: December __ , 2019                  KELLER/ANDERLE LLP

10                                            By: _____

11                                            Jennifer L. Keller
                                              Chase A. Scolnick
12                                            Jay P. Barron
13                                            *Attorneys for Defendant*
                                              *Kevin Spacey Fowler*
14

15 **AGREED AND APPROVED BY:**

16                                            DocuSigned by:

17 Dated: December __27__, 2019    By: ____Sky Alves_____
                                              6E34EDBD9755431...
18                                            Name: ____Sky Alves_____
19                                            Sky Alves

20

21 Dated: December __ , 2019       By: _____

22                                            Name: _____
23                                            Kevin Spacey Fowler

24

25

26

27

28

STIPULATION RE SUBSTITUTION OF SKY ALVES AS PLAINTIFF AND DISMISSAL WITH
PREJUDICE OF CASE IN ITS ENTIRETY

1  **IT IS SO STIPULATED.**

2

3  Dated:  December __ , 2019                GENIE HARRISON LAW FIRM, APC

4                                                        By: _____

5                                                            Genie Harrison
                                                            Amber Phillips
6                                                          *Attorneys for Plaintiff John Doe  and*
7                                                          *Proposed Substituted Plaintiff Sky*
                                                           *Alves*
8

9  Dated:  December 30, 2019               KELLER/ANDERLE LLP

10                                                      By: _____

11                                                          Jennifer L. Keller
                                                            Chase A. Scolnick
12                                                         Jay P. Barron
                                                           *Attorneys for Defendant*
13                                                        *Kevin Spacey Fowler*

14

15  **AGREED AND APPROVED BY:**

16

17  Dated:  December__, 2019         By: _____

18                                                 Name: _____
19                                                        Sky Alves

20

21  Dated:  December 28, 2019        By: _____

22                                                 Name: _____
23                                                        Kevin Spacey Fowler

24

25

26

27

28

STIPULATION RE SUBSTITUTION OF SKY ALVES AS PLAINTIFF AND DISMISSAL WITH
PREJUDICE OF CASE IN ITS ENTIRETY

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am over the age of 18 and not a party to the within action.  My business address is 18300 Von Karman Avenue, Irvine, California 92612-1057.  On **December 30, 2019**, I served the foregoing document described as

**STIPULATION RE SUBSTITUTION OF SKY ALVES AS PLAINTIFF AND DISMISSAL WITH PREJUDICE OF CASE IN ITS ENTIRETY**

on the following-listed attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual notice) by the following means of service:

    SERVED BY U.S. MAIL:  There are currently no individuals on the list to receive mail notices for this case.

    SERVED BY CM/ECF.  I hereby certify that, on **December 30, 2019**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The filing of the foregoing document will send copies to the following CM/ECF participants:

    The following are those who are currently on the list to receive e-mail notices for this case.

    Genie Harrison, genie@genieharrisonlaw.com
    Amber Phillips, amber@genieharrisonlaw.com
    Mia Munro, mia@genieharrisonlaw.com

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on **December 30, 2019** at Irvine, California.

*/s/ Courtney McKinney*
_____
    Courtney L. McKinney

1
PROOF OF SERVICE