# Exhibit 1

**DE-140**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| Michele L. Abernathy (State Bar # 180445)<br>Gifford, Dearing & Abernathy, LLP<br>515 S. Figueroa St., Ste. 2060<br>Los Angeles, CA 90071<br>ATTORNEY FOR (Name): Sky Alves | (213) 626-4481<br>(213) 627-3719 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>NOV 20 2019<br>Sherri R. Carter, Executive Officer/Clerk<br>By Stephanie Amador, Deputy<br>Stephanie Amador |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: CENTRAL

ESTATE OF (Name): Celso Carlos Alves, DECEDENT

**ORDER FOR PROBATE**

ORDER APPOINTING:
[ ] Executor
[ ] Administrator with Will Annexed
[ ] Administrator  [X] Special Administrator

[ ] Order Authorizing Independent Administration of Estate
[ ] with full authority  [ ] with limited authority

CASE NUMBER: 19STPB10876

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. Date of hearing: November 20, 2019  Time: 8:30 A.M.  Dept./Room: ~~260~~ 2D  Judge: Gus T. May~~~~ MCC

THE COURT FINDS
2. a. All notices required by law have been given.
   b. Decedent died on (date): ~~September 6, 2019~~ Not yet determined. MCC
      (1) ~~[X]~~ a resident of the California county named above.
      (2) [ ] a nonresident of California and left an estate in the county named above.
   c. Decedent died
      (1) ~~[X]~~ intestate  Not yet determined.
      (2) [ ] testate
      and decedent's will dated:                    and each codicil dated:
      was admitted to probate by Minute Order on (date):

THE COURT ORDERS
3. (Name): Sky Alves
   is appointed personal representative:
   a. [ ] executor of the decedent's will
   b. [ ] administrator with will annexed
   c. [ ] administrator
   d. [X] special administrator
      (1) [ ] with general powers
      (2) [X] with special powers as specified in Attachment 3d(2)
      (3) [ ] without notice of hearing
      (4) [X] letters will expire on (date): 12/20/19
   and letters shall issue on qualification.

4. a. [ ] Full authority is granted to administer the estate under the Independent Administration of Estates Act.
   b. [ ] Limited authority is granted to administer the estate under the Independent Administration of Estates Act (there is no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

5. a. [X] Bond is not required.
   b. [ ] Bond is fixed at: $         to be furnished by an authorized surety company or as otherwise provided by law.
   c. [ ] Deposits of: $         are ordered to be placed in a blocked account at (specify institution and location):
      and receipts shall be filed. No withdrawals shall be made without a court order. [ ] Additional orders in Attachment 5c.
   d. [ ] The personal representative is not authorized to take possession of money or any other property without a specific court order.

6. ~~[X] (Name):~~          Is appointed probate referee.  MCC

Date:

JUDGE OF THE SUPERIOR COURT
[X] SIGNATURE FOLLOWS LAST ATTACHMENT

7. Number of pages attached: 1

Form Approved by the Judicial Council of California
DE-140 [Rev. January 1, 1998]
Mandatory Form (1/1/2000)

**ORDER FOR PROBATE**

Probate Code, §§ 8006, 8400

LexisNexis® Automated California Judicial Council Forms

Estate of Celso Carlos Alves

Order for Probate

Attachment 3d(2)

Petitioner is granted the power to maintain litigation in order to secure and protect the estate's claim from risk of loss.

Date 11/20/19

Honorable Gus T. May
Judge of the Superior Court.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Probate Division
Stanley Mosk Dept. - 2D

**19STPB10876**
In re: Alves, Celso Carlos - Decedent

**December 20, 2019**
**8:30 AM**

Honorable Gus T. May, Judge

Christina Araujo, Judicial Assistant
Juanita I. Luna, Court Services Assistant

Stephanie Baker (#9249), Court Reporter

---

**NATURE OF PROCEEDINGS:** Petition - Letters of Administration (Initial) filed on November 18, 2019 by Sky Alves.

The following parties are present for the aforementioned proceeding:

    Michele Abernathy, Attorney

The matter is called for hearing.

The Court finds that sufficient evidence has been provided to grant the matter on calendar this date based upon the reading of the moving papers and consideration of all presented evidence.

The Petition - Letters of Administration (Initial) filed on 11/18/2019 by Sky Alves is granted. Sky Alves is appointed Personal Representative of the Estate with full IAEA. Bond is ordered in the amount of $20,000.00.

The Personal Representative is ordered to file with this Court a Status Report or a Petition for Final Distribution no later than Thursday, December 31, 2020. The Court sets an Order to Show Cause Hearing Re: Status Report or Petition for Final Distribution on Friday, January 29, 2021 at 8:30 AM in this department.

The appraisal of non-cash property in the inventory shall be made by a Probate Referee authorized to serve by the State Controller.

The Court orders the appointment of Probate Referee Christina Acevedo who is authorized by the State Controller to be appointed in Los Angeles County.

The Petitioner is to prepare the Order for Probate and upon the signing of said order, Letters shall issue forthwith.