1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual, ) | Case No.: 2:19-cv-00750-RSWL (SSx) |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER** |
| ) | **SUBSTITUTING SKY ALVES AS** |
| vs. ) | **PLAINTIFF AND DISMISSING** |
| ) | **CASE WITH PREJUDICE IN ITS** |
| KEVIN SPACEY FOWLER, an ) | **ENTIRETY** |
| individual, and DOES 1-9, inclusive. ) | |
| ) | |
| Defendant. ) | |
| ) | Complaint Filed: September 27, 2018 |
| ) | |

1  Following the death of plaintiff John Doe ("Doe"), Sky Alves ("Alves"), the
2  special administrator and legal representative for Doe's estate, and defendant Kevin
3  Spacey Fowler ("Mr. Fowler") jointly filed the Stipulation re Substitution of Sky Alves
4  as Plaintiff and Dismissal With Prejudice of Case In Its Entirety ("Stipulation").
5  Having reviewed the Stipulation, and for good cause shown, the Court hereby approves
6  the Stipulation and orders as follows:

7  1.  Alves is hereby substituted into this case as plaintiff in place of Doe, as
8  Alves is the "proper party" to substitute into this case under Federal Rule of Civil
9  Procedure 25(a).

10  2.  This entire action, including all claims stated herein against all parties, is
11  hereby dismissed with prejudice, with each party to bear his or its own attorneys' fees
12  and costs.  This dismissal with prejudice shall occur immediately upon substitution of
13  Alves as plaintiff.

**IT IS SO ORDERED.**

Dated: December __, 2019                    _____

The Honorable Ronald S.W. Lew
United States District Judge

---

1
[PROPOSED] ORDER SUBSTITUTING SKY ALVES AS PLAINTIFF AND DISMISSING CASE
WITH PREJUDICE IN ITS ENTIRETY

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Irvine, California 92612-1057. On **December 30, 2019**, I served the foregoing document described as

**[PROPOSED] ORDER SUBSTITUTING SKY ALVES AS PLAINTIFF AND DISMISSING CASE WITH PREJUDICE IN ITS ENTIRETY**

on the following-listed attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual notice) by the following means of service:

SERVED BY U.S. MAIL: There are currently no individuals on the list to receive mail notices for this case.

SERVED BY CM/ECF. I hereby certify that, on **December 30, 2019**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The filing of the foregoing document will send copies to the following CM/ECF participants:

The following are those who are currently on the list to receive e-mail notices for this case.

Genie Harrison, genie@genieharrisonlaw.com
Amber Phillips, amber@genieharrisonlaw.com
Mia Munro, mia@genieharrisonlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on **December 30, 2019** at Irvine, California.

*/s/ Courtney McKinney*
Courtney L. McKinney

1
PROOF OF SERVICE