JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual, ) | Case No.: 2:19-cv-00750-RSWL (SSx) |
| Plaintiff, ) | |
| ) | **ORDER SUBSTITUTING SKY** |
| ) | **ALVES AS PLAINTIFF AND** |
| vs. ) | **DISMISSING CASE WITH** |
| ) | **PREJUDICE IN ITS ENTIRETY** |
| KEVIN SPACEY FOWLER, an ) | |
| individual, and DOES 1-9, inclusive. ) | |
| ) | |
| Defendant. ) | Complaint Filed: September 27, 2018 |
| ) | |

///
///
///

Following the death of plaintiff John Doe ("Doe"), Sky Alves ("Alves"), the special administrator and legal representative for Doe's estate, and defendant Kevin Spacey Fowler ("Mr. Fowler") jointly filed the Stipulation re Substitution of Sky Alves as Plaintiff and Dismissal With Prejudice of Case In Its Entirety ("Stipulation"). Having reviewed the Stipulation, and for good cause shown, the Court hereby approves the Stipulation and orders as follows:

1. Alves is hereby substituted into this case as plaintiff in place of Doe, as Alves is the "proper party" to substitute into this case under Federal Rule of Civil Procedure 25(a).

2. This entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs. This dismissal with prejudice shall occur immediately upon substitution of Alves as plaintiff.

**IT IS SO ORDERED.**

Dated: January 7, 2020           s/ RONALD S.W. LEW
                                 The Honorable Ronald S.W. Lew
                                 United States District Judge